**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7193**

NEDWARD CHADNEZZAR FOWLER,

Plaintiff - Appellant,

v.

JASMINE WHITE; RONALD SLADE; ANDREW WLAG; WILLIAM THOMPSON; DAVID BURT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cv-00054-JAG-MRC)

Submitted:  June 12, 2025                                    Decided:  June 16, 2025

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nedward Chadnezzar Fowler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nedward Chadnezzar Fowler appeals the district court's order dismissing without prejudice his 42 U.S.C § 1983 complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Fowler v. White*, 3:24-cv-00054-JAG-MRC (E.D. Va. Nov. 21, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*